**DISMISS; and Opinion Filed December 14, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01053-CV

**BRITTANY D. SANDOVAL[1], Appellant**
**V.**
**EMCASCO INSURANCE COMPANY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04443**

## MEMORANDUM OPINION
Before Justices Bridges, Evans, and Schenck
Opinion by Justice Schenck

This appeal concerns a default judgment, which was signed May 25, 2016. Appellant filed her notice of appeal on August 31, 2016. However, because the record does not reflect appellant filed a motion to modify the judgment, or request for findings of facts and conclusions of law, the notice of appeal was due no later than June 24, 2016, or with a timely extension motion, July 11, 2016. *See* TEX. R. APP. P. 4.1, 26.1.

By letter dated October 5, 2016, we directed appellant to provide the Court, no later than October 17, 2016, a letter brief explaining how the Court has jurisdiction over the appeal. *See Garza v. Hibernia Natl. Bank*, 227 S.W.3d 233, 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.) (timely filing of notice of appeal is jurisdictional). We cautioned appellant that failure to do

---

[1] Brittany D. Sandoval, appearing pro se, filed the notice of appeal on behalf of herself and Clari Williams. A pro se party, however, cannot represent another party in litigation on appeal. *See Laguan v. Lloyd*, 493 S.W.3d 720, 721 (Tex. App.—Houston [1st Dist.] 2016, no pet.). Because Williams did not sign the notice of appeal or otherwise make an appearance, she is not a party to this appeal. *See id.*

so could result in dismissal of the appeal without further notice.  By order dated October 19, 2016, we granted appellant's motion for an extension of time to file the jurisdictional letter brief and ordered her to file the brief no later than November 4, 2016.  To date, appellant has not filed the letter brief, and nothing before us demonstrates our jurisdiction.

Accordingly, we dismiss the appeal for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).



/David J. Schenck/
DAVID SCHENCK
JUSTICE


161053F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRITTANY D. SANDOVAL, Appellant

No. 05-16-01053-CV        V.

EMCASCO INSURANCE COMPANY,
Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-04443.
Opinion delivered by Justice Schenck.
Justices Bridges and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee EMCASCO INSURANCE COMPANY recover  costs of this appeal from appellant BRITTANY D. SANDOVAL.

Judgment entered this 14th day of December, 2016.